WILLIAM B. SMITH *versus* JOHN HALE.

JOURNAL ENTRIES (1828): *Journal 4:* (1) Judgment below affirmed, further consideration

postponed *p. 209; (2) motion for judgment granted *p. 211.

PAPERS IN FILE: (1) Affidavit and petition for certiorari, allocatur; (2) precipe for certiorari; (3) writ of certiorari; (4) return to writ of certiorari; (5) assignment of errors; (6) joinder in error; (7) motion for judgment; (8) precipe for fi. fa.; (9) writ of fi. fa. and return.

*1824–36 Calendar*, MS p. 128. Recorded in *Book C*, MS pp. 163–8.